UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case # 04-80939

-vs-                                          HON. NANCY EDMUNDS

MARVELL LLOYD,
        Defendant.
_____/

## MOTION FOR EARLY TERMINATION
## OF SUPERVISED RELEASE

    Now comes Marvell Lloyd, Defendant herein, by and through his attorney Steven Scharg, and, in support of his Motion for Early Termination of Supervised Release states as follows:

    1.  On February 28, 2006, Marvell Lloyd was sentenced in the Eastern District of Michigan to a prison term of 135 months. His sentence included a 5-year term of supervised release, $400.00 Special Assessment, and other conditions.

    2.  After serving his sentence, Mr. Lloyd began his 5-year term of supervised release on January 11, 2019.

    3.  On January 11, 2019, this Court issued an order accepting transfer of jurisdiction in Mr. Lloyd's case to the Northern District of California.

    4.  Since being released from custody, Mr. Lloyd has resided in the State of

California, paid off all fine and costs, and had no contact with the police; not even a traffic ticket. He has also reported as required to the Probation Department.

5. Mr. Lloyd has been consistently employed since his release and was employed at Southern California Pre-Owned from July, 2018 to May, 2020 and had to quit as a result of Covid. Currently, Mr. Lloyd has been working at Mobil Auto Cleaning in Orange County California.

6. Mr. Lloyd is presently being supervised by United States Probation Officer Martin Barajas (657) 288-7331 from the Northern District of California.

7. Based on a telephone conversation, Probation Officer Barajas has no objection if the Court granted this motion for early termination of Mr. Lloyd's supervised release.

WHEREFORE, Defendant Lloyd requests that this Court grant his Motion for Early Termination of Supervised Release.

                                              Respectfully submitted,

                                              s/ Steven Scharg
                                              STEVEN SCHARG P43732
                                              Attorney for Defendant Lloyd
                                              615 Griswold, Suite #1120
                                              Detroit, MI 48226
                                              (313) 300-0214
                                              Email: scharg1924@gmail.com

Dated: March 14, 2022

**<u>BRIEF IN SUPPORT OF
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE</u>**

The relief requested in the within motion lies within the sound discretion of the trial judge.

Respectfully submitted,

s/ Steven Scharg
615 Griswold, Suite #1120
Detroit, MI 48226
(313) 300-0214
e-mail: scharg1924@gmail.com

Dated: March 14, 2022

## CERTIFICATE OF SERVICE

I certify that on March 16, 2022, I served a copy of the attached motion upon David Gardy-david.gardy@usdoj.gov, by filing same electronically.

s/ Steven Scharg
615 Griswold, Suite #1120
Detroit, MI 48226
(313) 300-0214
e-mail: scharg1924@gmail.com
